UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Index No. 08-01789 (BRL) |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04283 (BRL) |
| Plaintiff, | |
| - against - | |
| STEVEN B. MENDELOW, NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of STEVEN B. MENDELOW, NANCY MENDELOW, NTC & Co. LLP as former custodian of an Individual Retirement Account for the benefit of NANCY MENDELOW, CARA MENDELOW, PAMELA CHRISTIAN, C&P ASSOCIATES, LTD., and C&P ASSOCIATES, INC., | **Hearing Date:** February 9, 2011, at 10:00 a.m. (EST) **Objection Deadline:** February 1, 2011, at 5:00 p.m. (EST) |
| Defendants. | |

---------------------------------------------------------------------x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on January 18, 2011, Defendant Steven B. Mendelow ("Defendant"), through his attorneys, Arkin Kaplan Rice LLP, filed the **Motion for the Enforcement of the Automatic Stay and for a Preliminary Injunction** (the "Motion") with the United States Bankruptcy Court for the Southern District of New York, before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at the United States Courthouse, One Bowling Green, Courtroom 623, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, One Bowling Green, Courtroom 623, New York, New York 10004, and served upon and received by the undersigned counsel for Steven Mendelow on or before February 1, 2011 at 5:00 p.m. (EST).

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before the Honorable Burton R. Lifland at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 623, New York, New York 10004 on February 9, 2011 at 10:00 a.m. (EST).

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: New York, NY
January 18, 2011

ARKIN KAPLAN RICE LLP

By: */s/ Stanley S. Arkin*
　　Stanley S. Arkin
　　Michelle A. Rice
590 Madison Avenue
New York, NY 10022
(p) (212) 333-0200
(f) (212) 333-2350

*Attorneys for Defendant Steven B. Mendelow*