Stanley S. Arkin (SA-1373)
Michelle A. Rice (MR-4254)
Arkin Kaplan Rice LLP
590 Madison Avenue, 35th Floor
New York, New York 10022
*Attorneys for Defendants Steven B. Mendelow, Nancy Mendelow, Cara Mendelow, Pamela Christian, C&P Associates, Ltd. and C&P Associates Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Index No. 08-01789 (BRL) |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04283 (BRL) |
| Plaintiff, | |
| - against - | |
| STEVEN B. MENDELOW, NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of STEVEN B. MENDELOW, NANCY MENDELOW, NTC & Co. LLP as former custodian of an Individual Retirement Account for the benefit of NANCY MENDELOW, CARA MENDELOW, PAMELA CHRISTIAN, C&P ASSOCIATES, LTD., and C&P ASSOCIATES, INC., | |
| Defendants. | |

-----------------------------------------------------------------x

### MOTION OF DEFENDANTS STEVEN B. MENDELOW, NANCY MENDELOW, CARA MENDELOW, PAMELA CHRISTIAN, C&P ASSOCIATES, LTD. AND C&P ASSOCIATES, INC. TO WITHDRAW THE REFERENCE TO THE UNITED STATES BANKRUPTCY COURT

Defendants Steven B. Mendelow, Nancy Mendelow, Cara Mendelow, Pamela Christian, C&P Associates, Ltd. and C&P Associates Inc. (together, the "C&P entities") (collectively, "defendants") respectfully move the United States District Court for the Southern District of New York for entry of an order, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and Rule 5011-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, withdrawing the reference of the above-captioned adversary proceeding to the district court for the reasons set forth in the accompanying Memorandum of Law and Affidavit of Stanley S. Arkin, which are hereby incorporated by reference.

Defendants have made no prior request to this Court or to any other court for the relief requested by this motion.

WHEREFORE, defendants respectfully request that the Court enter an order granting the relief requested herein, and such other further relief as the Court deems just and appropriate.

Dated: New York, NY
October 27, 2011

ARKIN KAPLAN RICE LLP

By: /s/ *Stanley S. Arkin*
    Stanley S. Arkin (SA-1373)
    Michelle A. Rice (MR-4254)
    590 Madison Avenue
    New York, NY 10022
    (212) 333-0226 Telephone

*Attorneys for Defendants Steven B. Mendelow, Nancy Mendelow, Cara Mendelow, Pamela Christian, C&P Associates, Ltd. and C&P Associates Inc.*