UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Index No. 08-01789 (BRL) |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04283 (BRL) |
| Plaintiff, | |
| - against - | |
| STEVEN B. MENDELOW, NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of STEVEN B. MENDELOW, NANCY MENDELOW, NTC & Co. LLP as former custodian of an Individual Retirement Account for the benefit of NANCY MENDELOW, CARA MENDELOW, PAMELA CHRISTIAN, C&P ASSOCIATES, LTD., and C&P ASSOCIATES, INC., | |
| Defendants. | |

-----------------------------------------------------------------------x

## AFFIRMATION OF MICHELLE A. RICE

I, Michelle A. Rice, Esq., an attorney admitted to practice before the Courts of the State of New York, affirm under penalty of perjury as follows:

1. I am a member of Arkin Kaplan Rice, LLP, attorneys for defendant Steven Mendelow, in the above-captioned matter. I respectfully submit this Affirmation In Support of Defendant Steven B. Mendelow's Sur-Reply Memorandum of Law in Support

of His Motion for the Enforcement of the Automatic Stay and for a Preliminary Injunction.

2. Attached as Exhibit A is a true and correct copy of the complaint in *Picard v. Warshaw et al.*, Adv. Pro. No. 01092-2012 (BRL) (Bankr. S.D.N.Y. February 23, 2012).

3. Attached as Exhibit B is a true and correct copy of the Trustee's Memorandum of Law in Support of Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction in *Picard v. Warshaw et al.*, Adv. Pro. No. 01092-2012 (BRL) (Bankr. S.D.N.Y. February 23, 2012).

4. Attached as Exhibit C is a true and correct copy of the Transcript of Oral Argument on Steven Mendelow's Application for a Temporary Stay, dated January 4, 2012, in *Warshaw, et al. v. Mendelow, et al.*, No. 652173/2010 (Sup. Ct., N.Y. County, February 17, 2011).

Dated: New York, New York
       March 8, 2012

                                        /s/ Michelle A. Rice
                                           Michelle A. Rice