UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Index No. 08-01789 (BRL) |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04283 (BRL) |
| Plaintiff, | |
| - against - | |
| STEVEN B. MENDELOW, NTC & Co. LLP, as former custodian of an Individual Retirement Account for the benefit of STEVEN B. MENDELOW, NANCY MENDELOW, NTC & Co. LLP as former custodian of an Individual Retirement Account for the benefit of NANCY MENDELOW, CARA MENDELOW, PAMELA CHRISTIAN, C&P ASSOCIATES, LTD., and C&P ASSOCIATES, INC., | |
| Defendants. | |

-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION FOR THE ENFORCEMENT OF THE AUTOMATIC STAY AND FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that Defendant Steven B. Mendelow, by and through his undersigned counsel, hereby withdraws without prejudice his motion for the Enforcement of the Automatic Stay and for a Preliminary Injunction (the "Motion"), which was filed in the above-captioned case on January 18, 2011 (Docket No. 5). The withdrawal of this Motion is based on the Stipulation entered between Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard

1

L. Madoff Investment Securities LLC, and Non-Parties Larry and Carol Warshaw, as Trustees of Carol Ann Enterprises, Inc. Pension Plan, and Sajust, LLC, on or about March 13, 2012.[1]

Respectfully submitted this 13th day of March, 2012.

Dated: New York, NY
March 13, 2012

                        ARKIN KAPLAN RICE LLP

                        By: */s/ Stanley S. Arkin*
                            Stanley S. Arkin
                            Michelle A. Rice
                            Brent T. Starks
                        590 Madison Avenue
                        New York, NY 10022
                        (212) 333-0200

                        *Attorneys for Defendant Steven B. Mendelow*

---

[1] As of March 13, 2012, a docket number had not yet been assigned to the above-referenced Stipulation.

## CERTIFICATE OF SERVICE

I, Brent T. Starks, certify that on March 13, 2012, I caused a true and correct copy of Steven B. Mendelow's **NOTICE OF WITHDRAWAL OF MOTION FOR THE ENFORCEMENT OF THE AUTOMATIC STAY AND FOR A PRELIMINARY INJUNCTION**, to be served via Federal Express Overnight Delivery upon the following:

Russell Bogart
The Kagen Law Firm
400 Park Avenue South, Suite 1420
New York, N.Y. 10022

Jonathan New
Baker Hostetler
45 Rockefeller Plaza, 11th Floor
New York, N.Y. 10111

Brent T. Starks

{BST0821.DOC}