**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>      Plaintiff,<br> v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br>      Plaintiff,<br> v.<br>THE ESTATE OF STEVEN MENDELOW; NANCY MENDELOW, individually and in her capacity as Executrix of the Estate of Steven Mendelow; CARA MENDELOW; PAMELA CHRISTIAN, C&P ASSOCIATES, LTD.; and C&P ASSOCIATES, INC.,<br>      Defendants. | Adv. Pro. No. 10-04283 (SMB) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
           ) ss.:
COUNTY OF NEW YORK )

  I, **Tanya Kinne**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza,

New York, NY 10111.

On November 1, 2016, I served the *Amended Complaint* by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**   *See Attached Schedule A*

*/s/Tanya Kinne*
TANYA KINNE

Sworn to before me this
1st day of November, 2016

*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2017

# SCHEDULE A

**Defendant Counsel**

Alex Reisen
Arkin Solbakken LLP
Email: areisen@arkin-law.com
Attorney For: Estate of Steven Mendelow, Nancy Mendelow, in her capacity as Executrix of the Estate of Steven Mendelow

Lisa Solbakken
Stanley S. Arkin
Arkin Solbakken LLP
Email: lsolbakken@arkin-law.com
Email: sarkin@arkin-law.com
Attorney For: C&P Associates, Inc., C&P Associates, Ltd., Cara Mendelow, Estate of Steven Mendelow, Nancy Mendelow, Nancy Mendelow, in her capacity as Executrix of the Estate of Steven Mendelow, Pamela Christian