Seth L. Rosenberg
Brian D. Linder
Ramsey Hinkle
CLAYMAN & ROSENBERG LLP
305 Madison Avenue, Suite 1301
New York, New York 10165
Telephone: (212) 922-1080

*Attorneys for the Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L MADOFF,<br><br>      Debtor. | |
| IRVING PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEVEN MENDELOW; NANCY MENDELOW, individually and in her capacity as Executrix of the Estate of Steven Mendelow; CARA MENDELOW; PAMELA CHRISTIAN; C&P ASSOCIATES, LTD.; and C&P ASSOCIATES, INC.,<br><br>      Defendants. | Adv. Pro. No. 10-04283 (SMB) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Seth L. Rosenberg, Brian D. Linder, and Ramsey Hinkle of the law firm Clayman & Rosenberg LLP, attorneys admitted to practice in this Court, hereby appear as counsel in the above-captioned adversary proceeding (the "Adversary Proceeding") on behalf of defendants the Estate of Steven Mendelow; Nancy Mendelow, individually and in her capacity as Executrix of the Estate of Steven Mendelow; Cara Mendelow; Pamela Christian; C&P Associates, Ltd.; and C&P Associates, Inc.  and demand copies of all notices given or required to be given in the Adversary Proceeding and that all papers served in the Adversary Proceeding be given to and served upon the undersigned:

CLAYMAN & ROSENBERG LLP

Seth L. Rosenberg
Brian D. Linder
Ramsey Hinkle
305 Madison Avenue, Suite 1301
New York, New York 10165
(212) 922-1080
rosenberg@clayro.com
linder@clayro.com
hinkle@clayro.com

**PLEASE TAKE FURTHER NOTICE** that the undersigned consent to e-mail service.

Dated:      New York, New York
            November 14, 2016


CLAYMAN & ROSENBERG LLP

/s/ Seth L. Rosenberg
Seth L. Rosenberg
305 Madison Avenue, Suite 1301
New York, New York 10165
Telephone:     (212) 922-1080
Facsimile:     (212) 949-8255
Email:         rosenberg@clayro.com

CLAYMAN & ROSENBERG LLP

/s/ Brian D. Linder
Seth L. Rosenberg
305 Madison Avenue, Suite 1301
New York, New York 10165
Telephone:      (212) 922-1080
Facsimile:      (212) 949-8255
Email:          linder@clayro.com


CLAYMAN & ROSENBERG LLP

/s/ Ramsey Hinkle
Seth L. Rosenberg
305 Madison Avenue, Suite 1301
New York, New York 10165
Telephone:      (212) 922-1080
Facsimile:      (212) 949-8255
Email:          hinkle@clayro.com

**CERTIFICATE OF SERVICE**

I, Seth L. Rosenberg, hereby certify that on this 14th day of November 2016, a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Court through the Court's CM/ECF system, thus serving all registered parties.

/s/ Seth L. Rosenberg
Seth L. Rosenberg